IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, :<br>:<br>Plaintiff, :<br>:<br>vs. :<br>:<br>RD ABSECON ASSOCIATES, L.P., :<br>:<br>Defendant. :<br>_____ : | Case No. 1:19-cv-16488-RMB-KMW |

**NOTICE OF SETTLEMENT**

     **COMES NOW** the Plaintiff, with consent of Defendant, to inform the Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties are in the process of finalizing a settlement agreement and expect to file stipulated dismissal within the next sixty days.

Date: March 13, 2020

                                                  Respectfully submitted,

                                                  /s/ Jon G. Shadinger Jr.
                                                  Jon G. Shadinger Jr., Esq.
                                                  Shadinger Law, LLC
                                                  160 Cumberland Avenue
                                                  PO Box 279
                                                  Estell Manor, NJ 08319
                                                  Tel: (609) 319-5399
                                                  Fax: (314) 898-4053
                                                  js@shadingerlaw.com
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of March, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.<br>
Jon G. Shadinger Jr.